JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIT HEALTHCARE INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIT MEDICAL SYSTEMS, INC., <br><br> Defendant. | Case No. CV 14-4280 FMO (SHx) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 28th day of January, 2016.

                                                     /s/
                                    Fernando M. Olguin
                                United States District Judge